UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Sebastian Alvarado</u>

      v.             Case No. 06-cv-335-PB

<u>State of New Hampshire</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 31, 2006.

SO ORDERED.

November 25, 2006             <u>/s/ Paul Barbadoro</u>
                                         Paul Barbadoro
                                         United States District Judge

cc:     Sebastian Alvarado, Pro se